UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No. 23-cr-231 (ACR) |
| v. : | |
| : | |
| CAMERON CAMPANELLA, : | |
| : | |
| Defendant : | |

**GOVERNMENT'S NOTICE OF FILING OF
EXHIBITS PURUSANT TO LOCAL CRIMINAL RULE 49**

The United States of America, through the undersigned, hereby gives this notice pursuant to Local Criminal Rule 49, of the following exhibits that were provided to the Court and defense counsel via USAfx, in relation its sentencing memorandum (ECF No. 32). These exhibits will be offered into evidence during the sentencing hearing scheduled for January 23, 2024.

The proposed exhibits are as follows:

1. Government's Exhibit 1 is an open-source video filmed outside of the U.S. Capitol building on January 6, 2021. The video is approximately 20 seconds long.

2. Government's Exhibit 2 is an open-source video filmed in the Upper West Terrace of the U.S. Capitol building on January 6, 2021. The video is approximately 12 seconds long.

3. Government's Exhibit 3 is a video the defendant filmed using his cellphone while on the Upper West Terrace of the U.S. Capitol building on January 6, 2021. The video is approximately 40 seconds long.

4. Government's Exhibit 4 is a clip from CCV footage in the U.S. Capitol building near the Senate Wing Door. The clip is approximately 4 minutes long. The events depicted occurred between approximately 2:59 p.m. EST and 3:03 p.m. EST on January 6, 2021.

5.        Government's Exhibit 5 is a video the defendant filmed using his cellphone while exiting the U.S. Capitol through the Senate Wing Door on January 6, 2021. The video is approximately 40 seconds long.

                                               Respectfully submitted,

                                               MATTHEW M. GRAVES
                                               United States Attorney

By:    s/ *Anna Z. Krasinski*
        ANNA Z. KRASINSKI
        Assistant United States Attorney
        New Hampshire Bar No. 276778
        United States Attorney's Office
        Detailed from the District of New Hampshire
        (202) 809-2058
        anna.krasinski@usdoj.gov