| Government | ✓ | UNITED STATES OF AMERICA | | | | |
|---|---|---|---|---|---|---|
| Plaintiff | ☐ | VS. | | Civil/Criminal No. | 23-cr-00231-ACR | |
| Defendant | ☐ | | | | | |
| Joint | ☐ | CAMERON CAMPANELLA, II | | | | |
| Court | ☐ | | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 1 | Open Source Video (20 seconds) | 01/23/2024 | 01/23/2024 | N/A | N/A |
| 2 | Open Source Video (12 seconds) | 01/23/2024 | 01/23/2024 | N/A | N/A |
| 3 | Video footage from defendant's phone (40 seconds) | 01/23/2024 | 01/23/2024 | N/A | N/A |
| 4 | Video - CCTV footage (4 minutes) | 01/23/2024 | 01/23/2024 | N/A | N/A |
| 5 | Video footage from defendant's phone (40 seconds) | 01/23/2024 | 01/23/2024 | N/A | N/A |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |